UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 26, 2026

Mr. Anthony Joseph Ferate
Ferate PLLC
4308 Echohollow Trail
Edmond, OK 73025

Holly Mischelle Randall
Hiram S Sasser
Erin Smith
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075

**RE: 26-6166, National Ben Gamla Jewish Charter School Fdn., et al v. Shellem, et al**
Dist/Ag docket: 5:26-CV-00582-R

Dear Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is above. Please note the following requirements, which must be completed **within 14 days:**

**APPELLANTS** must file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D). All attorneys representing the same party should sign and file a single entry of appearance form.
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.
- In addition, Appellant must **pay the $605.00 filing and docketing fees** ($5.00 filing fee and $600.00 docket fee) to the district court. Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

**APPELLEES** must file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D). All attorneys representing the same party should sign and file a single entry of appearance form. Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.

**ALL PARTIES** must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements:

- **All entities represented by counsel** must file a disclosure statement per Federal Rule of Appellate Procedure 26.1(a).
- A disclosure statement must be filed even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Morgan Nicole Bandy
Eric S. Baxter
Daniel Chen
Patrick Cremin
Benjamin Fleshman
Samuel T Grover
Heather N. Hendricks
David Herber
Wendy Lecker
Ryan T. Leonard
Jessica Levin
Heidi J. Long
Alexander Joseph Luchenister

Daniel Mach
Robert G. McCampbell
Nancy Anne Noet
Eric C. Rassbach
Anna Katrina Reichert
Brent Rowland
Heather L. Weaver

CMW/sls