UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| The National Ben Gamla Jewish Charter School Foundation, Inc., et al.,<br>v.<br>Brian T. Shellem, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, et al. | Case No. 26-6166 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

The State of Oklahoma, ex rel. Attorney General Gentner Drummond_______________________
[Party or Parties][1]

____________________________________________________________

Proposed Intervenor in Support of Appellees______, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Garry M. Gaskins, II_______________
Name of Counsel

s/ Garry M. Gaskins, II____________
Signature of Counsel

313 N.E. 21st Street, Oklahoma City, OK 73105; (405) 521-3921
Mailing Address and Telephone Number

Garry.Gaskins@oag.ok.gov___________
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 2, 2026________
Date

s/ Garry M. Gaskins, II_____________
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_____________________________________________________________________________________

at_________________________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

November 2, 2026________
Date

s/ Garry M. Gaskins, II______________
Signature