UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

National Ben Gamla Jewish Charter School Fdn. et al.,

v.

Shellem, et al.

Case No. 26-6166

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Cricket Moore, Cathleen Tichenor, Daniel Hensley, Luz Cruz, and
[Party or Parties][1]

Larissa Port

Intervenor Defendants, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Kristen E. Loveland
Name of Counsel
/s/ Kristen E. Loveland
Signature of Counsel
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W., Washington, D.C. 20006; (202) 887-4000
Mailing Address and Telephone Number
kloveland@akingump.com
E-Mail Address

Pratik A. Shah
Name of Counsel
/s/ Pratik A. Shah
Signature of Counsel
Akin Gump Strauss Hauer & Feld
2001 K Street N.W., Washington, D.C. 20006; (202) 887-4000
Mailing Address and Telephone Number
pshah@akingump.com
E-Mail Address

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

11/03/2026

Date

/s/ Pratik A. Shah

Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

- [x] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

- [ ] On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

______________________________________________________________________

at_________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

11/03/2026
Date

/s/ Pratik A. Shah
Signature