UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

The National Ben Gamla Jewish Charter School Foundation, Inc. et al.,

v.

Brian T. Shellem, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, et al.,

Case No. 26-6166

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for:

Rabbi Daniel Kaiman, Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley, and Gene Perry
[Party or Parties][1]

Intervenors-Defendants-Appellees, in the above-captioned case.
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Alexander Joseph Luchenitser
Name of Counsel

s/ Alexander Joseph Luchenitser
Signature of Counsel

Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
Mailing Address and Telephone Number

luchenitser@au.org
E-Mail Address

Lauren Schoen
Name of Counsel

s/ Lauren Schoen
Signature of Counsel

Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 490-5774
Mailing Address and Telephone Number

schoen@au.org
E-Mail Address

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Brent Rowland
Name of Counsel

s/ Brent Rowland
Signature of Counsel

Oklahoma Appleseed Center for Law & Justice
624 S. Denver Ave., Suite 400
Tulsa, OK 74119
(918) 519-5750
Mailing Address and Telephone Number

brent@okappleseed.org
E-Mail Address

Daniel Mach
Name of Counsel

s/ Daniel Mach
Signature of Counsel

American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 675-2330
Mailing Address and Telephone Number

dmach@aclu.org
E-Mail Address

Heather L. Weaver
Name of Counsel

s/ Heather L. Weaver
Signature of Counsel

American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 675-2330
Mailing Address and Telephone Number

hweaver@aclu.org
E-Mail Address

Jessica Levin
Name of Counsel

s/ Jessica Levin
Signature of Counsel

Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
(973) 624-1815
Mailing Address and Telephone Number

JLevin@edlawcenter.org
E-Mail Address

Nancy Ann Noet
Name of Counsel

s/ Nancy Ann Noet
Signature of Counsel

Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 256-8900
Mailing Address and Telephone Number

noetn@ffrf.org
E-Mail Address

Samuel T. Grover
Name of Counsel

s/ Samuel T. Grover
Signature of Counsel

Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 256-8900
Mailing Address and Telephone Number

sgrover@ffrf.org
E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

The following attorneys entered an appearance in the district court on behalf of Intervenors-Defendants-Appellees Rabbi Daniel Kaiman et al. but are not now entering an appearance before this Court:

Luke Anderson
Morgan Nicole Bandy
Patrick Cremin
Wendy Lecker
Anna Katrina Reichert

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 6, 2026
Date

s/ Alexander Joseph Luchenitser
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________ I sent a copy of this Entry of Appearance Form to:
[date]

______________________________________________________________________________

at____________________________________________________________________________,

the last known address/email address, by ____________________________________________.
[state method of service]

November 6, 2026
Date

s/ Alexander Joseph Luchenitser
Signature