# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., *et al.*,

*Plaintiffs*,

v.

BRIAN T. SHELLEM, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, *et al.*,

*Defendants*.

Case No. 5:26-cv-00582-R

**NOTICE OF APPEAL**

Please take notice that the Oklahoma Statewide Charter School Board Defendants appeal to the United States Court of Appeals for the Tenth Circuit from the order granting Plaintiffs' request for a preliminary injunction entered on September 24, 2026. ECF No. 121.

Respectfully submitted this 23rd day of October, 2026.

*/s/ Anthony J. Ferate*
Anthony J. Ferate, OBA No. 21171
FERATE PLLC
4308 Echohollow Trail
Edmond, Oklahoma 73025
(202) 486-7211
aj@ferate.us

Hiram S. Sasser, III, OBA No. 19557
Holly M. Randall,* OBA No. 34763
Erin E. Smith,* OBA No. 35232

FIRST LIBERTY INSTITUTE
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075
(972) 941-4444
hsasser@firstliberty.org
hrandall@firstliberty.org
esmith@firstliberty.org

**Admitted PHV.*

***Attorneys for Oklahoma Statewide Charter School Board Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2026, I electronically submitted this document to the Clerk of Court via the ECF to be served on counsel for Plaintiffs, Defendant, and Proposed Intervenors.

*/s/ Anthony J. Ferate*
Anthony J. Ferate, OBA No. 21171
FERATE PLLC
4308 Echohollow Trail
Edmond, Oklahoma 73025
(202) 486-7211
aj@ferate.us