# TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2025)

## PART I – Case Information and Contact Information

Case Name: National Ben Gamla Jewish Charter School Foundation v. Shellem District Court Case Number: 5:26-cv-582-R
District Court: U.S. District Court for the Western District of Oklahoma Circuit Court Appeal Number: 26-6166
Name of Attorney/Pro Se Party Completing this Form: Holly Randall
Name of Law Firm/or Office: First Liberty Institute
Address: 2001 West Plano Parkway #1600, Plano, Texas, 75075
Phone: (972) 941-4411 Email: hrandall@firstliberty.org
Attorney For: Appellants

## PART II – Complete when Transcripts are NOT ordered

**I am not ordering a transcript because (check one):**
☐ a transcript is not necessary for this appeal;
☐ the necessary transcript is already on file in the district court;
☐ or the necessary transcript was ordered previously in appeal

Attorney/Ordering Party's Signature: ____________ Date: ________

## PART III – Complete When Ordering Transcripts

**I hereby order the following transcript(s) from** Emily Cripe (name of court reporter).
Order all transcripts from the same court reporter on one form, but use separate forms for each court reporter.
**Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or daily) (check with court reporter for applicable rates) |
|---|---|---|---|
| Motion for Preliminary Injunction Hearing | 8/5/26 | 116 | 3-day |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Attorney/Ordering Party's Certificate of Payment for Transcript(s) Ordered.

◉ This case is **NOT** proceeding under the Criminal Justice Act. By signing this form, I agree to pay for the transcript(s) ordered on this form, and I certify that I have already made satisfactory payment arrangements with the court reporter as confirmed by the court reporter's acknowledgement on Part IV below.

○ This case **IS** proceeding under the Criminal Justice Act, and (check one):
☐ I am a Federal Public Defender. By signing this form, I certify that the Defender's Office will pay the cost of the transcript(s) as confirmed by the court reporter's acknowledgement on Part IV below.
☐ I am a CJA Panel Attorney. By signing this form, I certify that I will take all the steps required in eVoucher to complete payment arrangements for the transcript(s) as confirmed by the court reporter's acknowledgment on Part IV below.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

Attorney/Ordering Party's Signature: Holly M. Randall Date: 11/4/26

## PART IV – Court Reporter's Acknowledgment of Payment and Estimated Completion Date

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Proceeding(s) |
|---|---|---|---|
| Already on file | | | |
| | | | |

I, ____________, certify that satisfactory payment arrangements have been made for the transcript(s) ordered on this form, and I will provide the required notice to the circuit when I file the completed transcripts.

Signature of Court Reporter: Emily Cripe Date: 11-5-26