UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| The National Ben Gamla Jewish Charter School Foundation, Inc. et al., | |
| v. | Case No. 26-6166 |
| Brian T. Shellem, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, et al., | |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for:

Rabbi Daniel Kaiman, Bradley Archer, Erika DuBose, Sydney Gebhardt, Kara Joy McKee, Michele Medley, and Gene Perry
[Party or Parties][1]

Intervenors-Defendants-Appellees, in the above-captioned case.
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Alexander Joseph Luchenitser
Name of Counsel

s/ Alexander Joseph Luchenitser
Signature of Counsel

Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
Mailing Address and Telephone Number

luchenitser@au.org
E-Mail Address

Lauren Schoen
Name of Counsel

s/ Lauren Schoen
Signature of Counsel

Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 490-5774
Mailing Address and Telephone Number

schoen@au.org
E-Mail Address

---

[1] Counsel must list each party represented. Do not use “et al.” or generic terms such as “Plaintiffs.” Attach additional pages if necessary.

Brent Rowland
Name of Counsel

s/ Brent Rowland
Signature of Counsel

Oklahoma Appleseed Center for Law & Justice
624 S. Denver Ave., Suite 400
Tulsa, OK 74119
(918) 519-5750
Mailing Address and Telephone Number

brent@okappleseed.org
E-Mail Address

Daniel Mach
Name of Counsel

s/ Daniel Mach
Signature of Counsel

American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 675-2330
Mailing Address and Telephone Number

dmach@aclu.org
E-Mail Address

Heather L. Weaver
Name of Counsel

s/ Heather L. Weaver
Signature of Counsel

American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 675-2330
Mailing Address and Telephone Number

hweaver@aclu.org
E-Mail Address

Jessica Levin
Name of Counsel

s/ Jessica Levin
Signature of Counsel

Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
(973) 624-1815
Mailing Address and Telephone Number

JLevin@edlawcenter.org
E-Mail Address

Nancy Ann Noet
Name of Counsel

s/ Nancy Ann Noet
Signature of Counsel

Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 256-8900
Mailing Address and Telephone Number

noetn@ffrf.org
E-Mail Address

Samuel T. Grover
Name of Counsel

s/ Samuel T. Grover
Signature of Counsel

Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 256-8900
Mailing Address and Telephone Number

sgrover@ffrf.org
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

The following attorneys entered an appearance in the district court on behalf of Intervenors-Defendants-Appellees Rabbi Daniel Kaiman et al. but are not now entering an appearance before this Court:

Luke Anderson
Morgan Nicole Bandy
Patrick Cremin
Wendy Lecker
Anna Katrina Reichert

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 6, 2026
Date

s/ Alexander Joseph Luchenitser
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________ I sent a copy of this Entry of Appearance Form to:
[date]

______________________________________________________________________________

at_____________________________________________________________________________,

the last known address/email address, by _____________________________________________.
[state method of service]

November 6, 2026
Date

s/ Alexander Joseph Luchenitser
Signature