UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

National Ben Gamla Jewish Charter School Foundation, et al.,

Plaintiffs-Appellees,

v.

Brian T. Shellem, et al.,

Defendants-Appellants,

and

Daniel Kaiman, et al.,

Defendant Intervenors-Appellees.

Case No. 26-6166

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

BRIAN T. SHELLEM, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board; AMBER HIDY, in her official capacity as member of the Statewide Charter School Board; BRITNI TOMCHO, in her official capacity as member of the Statewide Charter School Board; DAMON GARDENHIRE, in his official capacity as member of the Statewide Charter School Board; DAVID RUTKAUSKAS, in his official capacity as member of the Statewide Charter School Board; DR. KITTY CAMPBELL, in her official capacity as member of the Statewide Charter School Board; JARED BUSWELL, in his official capacity as member of the Statewide Charter School Board; LINDEL FIELDS, in his official capacity as member of the Statewide Charter School Board; WILLIAM PEARSON, in his official capacity as member of the Statewide Charter School Board

---

Defendant-Appellants, in the above-captioned case(s).

Anthony Joseph Ferate
Name of Counsel

*/s/ Anthony Joseph Ferate*
Signature of Counsel

4308 Echohollow Trail, Edmond, OK, 73025
(202) 486-7211
Mailing Address and Telephone Number

aj@ferate.us
E-Mail Address

Hiram S. Sasser
Name of Counsel

*/s/ Hiram S. Sasser*
Signature of Counsel

2001 W Plano Parkway #1600, Plano, TX, 75075
(972) 941-4444
Mailing Address and Telephone Number

hsasser@firstliberty.org
E-Mail Address

Holly Mischelle Randall
Name of Counsel

*/s/ Holly Mischelle Randall*
Signature of Counsel

2001 W Plano Parkway #1600, Plano, TX, 75075
(972) 941-4411
Mailing Address and Telephone Number

Hrandall@firstliberty.org
E-Mail Address

Erin E. Smith
Name of Counsel

*/s/ Erin E. Smith*
Signature of Counsel

2001 W Plano Parkway #1600, Plano, TX, 75075
(469) 440-7564
Mailing Address and Telephone Number

esmith@firstliberty.org
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 6, 2026
Date

*/s/ Anthony J. Ferate*
Signature

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:

_____________________________________________________________________________

at_____________________________________________________________________________,

the last known address/email address, by _______________________________________________.

November 6, 2026
Date

*/s/ Anthony J. Ferate*
Signature