UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

The National Ben Gamla Jewish Charter School Foundation, Inc., et al.,

v.

Brian T. Shellem, et al.

Case No. 26-6166

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

The National Ben Gamla Charter School Foundation, Inc.; Peter Deutsch

[Party or Parties][1]

Plaintiff-Appellees, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Eric C. Rassbach
Name of Counsel

/s/ Eric C. Rassbach
Signature of Counsel

1919 Pennsylvania Ave. NW, Suite 400, Washington, D.C. 20006
(202) 955-0095
Mailing Address and Telephone Number

erassbach@becketfund.org
E-Mail Address

Eric S. Baxter
Name of Counsel

/s/ Eric S. Baxter
Signature of Counsel

1919 Pennsylvania Ave. NW, Suite 400, Washington, D.C. 20006
(202) 955-0095
Mailing Address and Telephone Number

ebaxter@becketfund.org
E-Mail Address

[1] Counsel must list each party represented. Do not use “et al.” or generic terms such as “Plaintiffs.” Attach additional pages if necessary.

Daniel L. Chen
Name of Counsel

/s/ Daniel L. Chen
Signature of Counsel

1919 Pennsylvania Ave. NW, Suite 400, Washington, D.C. 20006
(202) 955-0095
Mailing Address and Telephone Number

dchen@becketfund.org
E-Mail Address

Benjamin A. Fleshman
Name of Counsel

/s/ Benjamin A. Fleshman
Signature of Counsel

1919 Pennsylvania Ave. NW, Suite 400, Washington, D.C. 20006
(202) 955-0095
Mailing Address and Telephone Number

bfleshman@becketfund.org
E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

The following attorneys entered an appearance in the district court on behalf of the plaintiffs but are not now entering an appearance before this Court:

Phillip Allevato
Department of Justice
150 M St. NE,
Washington, DC 20002
phillip.allevato@gmail.com

Siena Marcelle
King & Spalding LLP
1700 Pennsylvania Ave, NW, Suite 900
Washington, DC 20006
smarcelle@kslaw.com

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

11/6/2026
Date

/s/ Daniel L. Chen
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_____________________________________________________________________________

at_____________________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

11/6/2026
Date

/s/ Daniel L. Chen
Signature