UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

The National Ben Gamla Jewish Charter
School Foundation, Inc., et al.,

v. **Case No. 26-6166**

Brian T. Shellem, et al.

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

The National Ben Gamla Charter School Foundation, Inc., Peter Deutsch, Plaintiffs/Appellees, in the above-captioned case(s).

David R. Herber
Name of Counsel

*/s/ David R. Herber*
Signature of Counsel

GableGotwals
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
405-235-5500
Mailing Address and Telephone Number

DHerber@Gablelaw.com
E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November, 12, 2026
Date

*/s/ David R. Herber*
Signature

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ____________________________ I sent a copy of this Entry of Appearance Form to:
[date]

______________________________________________________________________________

at____________________________________________________________________________,

the last known address/email address, by ____________________________________________.
[state method of service]

November, 12, 2026
Date

*/s/ David R. Herber*
Signature