**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 19, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

THE NATIONAL BEN GAMLA JEWISH CHARTER SCHOOL FOUNDATION, INC., et al.,

Plaintiffs - Appellees,

v.

BRIAN T. SHELLEM, in his official capacity as Chairman of the Oklahoma Statewide Charter School Board, et al.,

Defendants - Appellants,

and

DANIEL KAIMAN, et al.,

Intervenor Defendants - Appellees.

No. 26-6166
(D.C. No. 5:26-CV-00582-R)
(W.D. Okla.)

---

**ORDER**

---

This matter is before the court on the *Motion to Suspend Merits Briefing by Intervenors-Defendants-Appellees*. (ECF No. 40.) For the reasons set forth below, the court denies the *Motion* as moot.

**Pending Motions to Dismiss and/or Intervene**

Currently pending before the court are three motions: (i) the State of Oklahoma's motion to intervene in this appeal and its concomitant motion to dismiss this appeal (ECF No. 13); (ii) the Moore Intervenor Defendants-Appellees' motion to dismiss (ECF No.

15); and (iii) the Kaiman Intervenor Defendants-Appellees' motion to dismiss (ECF No. 26).

Responses in opposition to all three of the above-listed motions are due on or before November 23, 2026. (ECF Nos. 37, 38.) Any replies in support of the above-listed motions are due on or before December 4, 2026. (*Id.*)

Upon further review of the three above-listed motions, the court refers the party motions to dismiss (i.e., ECF Nos. 15 and 26), as well as any subsequently-filed briefing related to the merits of those motions, to the panel of judges that later will be assigned to consider this appeal on its merits ("Merits Panel"). No decision on those motions will enter at this time.

The court takes the State of Oklahoma's motion to dismiss (ECF No. 13) under advisement pending a decision by the court on whether it will permit the State of Oklahoma to intervene in this matter. The court will consider and decide whether to permit the State of Oklahoma to intervene and, in light of its decision on that topic, will determine the appropriate course of action with respect to the State of Oklahoma's motion to dismiss.

Because the court has referred the party motions to dismiss to the Merits Panel, there is no basis to suspend merits briefing in this matter. Consequently, the *Motion to Suspend Merits Briefing* (ECF No. 40) is moot and it is denied on that basis.

**<u>Deadlines</u>**

To avoid confusion, the court restates the following deadlines:

(1) Any responses in opposition to the three pending motions to dismiss remain due on or before November 23, 2026. (ECF Nos. 37, 38.)

(2) Any replies in support of the three pending motions to dismiss remain due on or before December 4, 2026. (ECF Nos. 37, 38.)

(3) The opening brief and appendix remain due on or before December 21, 2026. (ECF Nos. 29, 37, 38.)

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk