UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

The National Ben Gamla Jewish Charter School Foundation, Inc., et al.,

v.

Brian T. Shellem, et al.

Case No. 26-6166

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

The National Ben Gamla Charter School Foundation, Inc.; Peter Deutsch
[Party or Parties][1]

Plaintiff-Appellees, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Hannah S. Wander
Name of Counsel

/s/ Hannah S. Wander
Signature of Counsel

1919 Pennsylvania Ave. N.W. Suite 400, Washington, D.C. 20006
(202) 955-0095
Mailing Address and Telephone Number

hwander@becketfund.org
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Phillip Allevato
Department of Justice
150 M St. NE,
Washington, DC 20002
phillip.allevato@gmail.com

Siena Marcelle
King & Spalding LLP
1700 Pennsylvania Ave, NW, Suite 900
Washington, DC 20006
smarcelle@kslaw.com

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

Date 11/23/2026

/s/ Hannah S. Wander
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:

[date]

_______________________________________________________________________________

at_____________________________________________________________________________,

the last known address/email address, by _______________________________________________.

[state method of service]

Date 11/23/2026

/s/ Hannah S. Wander

Signature